# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROBERT LEE LONG, JR., *pro se,*

    Petitioner,

v.                                            Case No: 8:13-cv-863-T-30AEP

STATE OF FLORIDA,

    Respondent.
_____

## ORDER OF DISMISSAL

Before the Court is the *pro se* Petitioner's Motion to Voluntary Dismiss Without Prejudice (Dkt. #7). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Petitioner's Motion to Voluntary Dismiss Without Prejudice (Dkt. #7) is GRANTED.

2. This cause is dismissed without prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of April, 2013.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-863 dismiss 7.docx